UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLIE YANG, ET AL.,**<br><br>Defendants. | Case No. SA CV 14-01400 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Charlie Yang, individually and doing business as Diamond Billiards Club, Roger H.C. Chang, individually and doing business as Diamond Billiards Club, and Chris H.I. Hsu, individually and doing business as Diamond Billiards Club, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 34.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Charlie Yang, individually and doing business as Diamond Billiards Club, Roger H.C. Chang, individually and doing business as Diamond Billiards Club, and Chris H.I. Hsu, individually and doing business as Diamond Billiards Club, shall pay the plaintiff, J & J Sports Productions, Inc., $6,200.00 in

total damages. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: June 26, 2017

_____
William Keller
United States District Judge